UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CASEY D. SANDERS                                                                                      PLAINTIFF

V.                                              No. 3:21-CV-84-JTR

KILOLO KIJAKAZI, Commissioner
Social Security Administration[1]                                                          DEFENDANT

## ORDER

Plaintiff, Casey D. Sanders, has moved to voluntarily dismiss his appeal of the Commissioner's decision denying his claims for disability insurance benefits. *Doc. 10*. The Commissioner has not objected or otherwise responded to the Motion and the time to do so has passed.

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court concludes that Plaintiff should be allowed to voluntarily dismiss this action, without prejudice.

Accordingly, Plaintiff's Motion to Dismiss (*Doc. 10*) is GRANTED, and Plaintiff's Complaint is DISMISSED, without prejudice.

SO ORDERED, this 1st day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] On July 9, 2021, Kilolo Kijakazi became the Acting Commissioner of the Social Security Administration and is substituted as the Defendant in this action. Fed. R. Civ. P. 25(d).