UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CASEY D. SANDERS                                                                              PLAINTIFF

V.                                      No. 3:21-CV-84-JTR

KILOLO KIJAKAZI, Commissioner
Social Security Administration                                                             DEFENDANT

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that this action is DISMISSED, without prejudice.

DATED this 1st day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE